**The following constitutes the order of the Court.
Signed: July 14, 2020**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 20-40385 WJL |
| Esther Hutchinson, | Chapter 7 |
| Debtor. | |

**ORDER DENYING MOTION TO EXTEND TIME TO FILE NONDISCHARGEABILITY ACTION**

On May 26, 2020, Creditor Siemens Financial Services, Inc. filed a Motion For Extension Of Time To File Non-Dischargeability Complaint (the "Motion") (Dkt. 20). The Motion makes clear that the Motion was filed as a protective measure: while General Order 40, entered May 1, 2020, should have extended the time to file a nondischargeability complaint from May 2020 to July 2020, the Court's docket still reflected a deadline of May 26, 2020 to file such a complaint.

The Court notes that the case docket now reflects that the deadline to file a nondischargeability complaint is July 25, 2020. Because the deadline is appropriate under General Order 40,

Creditor's Motion is moot.

Accordingly, the Court HEREBY DENIES the Motion. The deadline to file a complaint regarding nondischargeability of debtor's debt(s) is July 25, 2020.

**\*END OF ORDER\***

**COURT SERVICE LIST**