

**Entered on Docket**
**July 24, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

BUCHALTER
A Professional Corporation
MICHAEL S. MYERS (305011)
mmyers@buchalter.com
55 Second Street, Suite 1700
San Francisco, California 94105
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

Attorneys for Siemens Financial Services, Inc.

The following constitutes the order of the Court.
Signed: July 24, 2020

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ESTHER HUTCHINSON,<br><br>Debtor. | Case No. 20-40385-WJL<br><br>Chapter 7<br><br>**ORDER GRANTING STIPULATED EXTENSION OF TIME TO FILE NON-DISCHARGEABILITY COMPLAINT** |

The Court, having considered the *Motion to Approve Stipulation for Extension of Time to File Non-Dischargeability Complaint* ("Motion") filed by Siemens Financial Services, Inc. ("Siemens"), no objections having been filed to the Motion, and other good cause appearing,

**HEREBY ORDERS** as follows:

1. The Motion is granted.

2. The deadline for Siemens to file a complaint objecting to the Debtor's discharge under 11 U.S.C. § 523 is extended through August 25, 2020.

** END OF ORDER **

## COURT SERVICE LIST

No manual noticing/service required.